IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| KPMG LLP, ) <br> ) <br> Plaintiff ) <br> ) <br> v ) <br> ) <br> RECRUITER LIFE, INC., RECRUITER LIFE ) <br> MAGAZINE, ICCI DIRECT, INC., ICCI ) <br> GLOBAL, MAVEN MEDIA, INC., ) <br> CHRISTOPHER LAVOIE, DEBORAH ) <br> RUTLEDGE, ZIYON SHAKY a/ka/ JIM ) <br> SHACKY, MICHELE DAVIS, AND DOES ) <br> 1-10, ) <br> ) <br> Defendants. ) | CIVIL NO. 1:06cv086 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Nancy J. Mertzel, of the law firm of Brown Raysman Millstein Felder & Steiner LLP, to appear as counsel for the plaintiff in this matter filed on March 14, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Nancy J. Mertzel is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: March 15, 2006

Dennis L. Howell
United States Magistrate Judge